UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EARL PHILLIP,<br><br>               Petitioner,<br><br>vs.<br><br>MATTHEW CATE, Secretary,<br><br>               Respondent. | Civil No.   11cv1503-BTM (CAB)<br><br>**ORDER SUA SPONTE SUBSTITUTING RESPONDENTS** |

      On July 5, 2011, Petitioner, a state prisoner proceeding pro se, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, naming "R. H. Trimble," the Warden of Pleasant Valley State Prison, where Petitioner was confined, as Respondent. Petitioner has now submitted a Notice of change of address indicating that he has been transferred to Salinas Valley States Prison. Because Petitioner's custodian has changed, the Warden of the institution where Petitioner was previously housed is no longer a proper Respondent.

      A writ of habeas corpus acts upon the custodian of the state prisoner. See 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. In order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution of Matthew Cate, Secretary of the California Department of Corrections and Rehabilitation, as Respondent in place of "R. H. Trimble." See Ortiz-Sandoval v. Gomez, 81

1  F.3d 891, 894 (9th Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief
2  officer in charge of state penal institutions).
3        The Clerk of the Court shall modify the docket to reflect "Matthew Cate, Secretary" as
4  Respondent in place of "R. H. Trimble."
5  **IT IS SO ORDERED.**
6
7  DATED:  December 20, 2011

                                        **CATHY ANN BENCIVENGO**
                                        United States Magistrate Judge

12  CC:  ALL PARTIES