# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EARL PHILLIP,<br><br>　　　　　　　Petitioner,<br>　v.<br>JEFFREY BEARD,<br>　　　　　　　Respondent. | Case No. 11cv1503 BTM(KSC)<br><br>**ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT** |

On or about January 17, 2014, Petitioner submitted a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b)(1). (The Court has ordered that the motion be filed *nunc pro tunc* to the date received.) The Court denies the motion for the reasons stated herein.

Magistrate Judge Crawford issued a Report and Recommendation on the Petition for a Writ of Habeas Corpus on October 17, 2012, and the Court issued an order adopting that report and denying the petition on March 15, 2013. Judgment was entered on the same date. (Doc. 16.) On April 26, 2013, Petitioner filed a notice of appeal with this Court (Doc. 47). The appeal is pending, and the Court has received no mandate or other update on its status.

Petitioner's motion requests more than mere clarification of this Court's final judgment. It asks the Court to vacate the judgment, arguing,

*inter alia*, that the Court applied an incorrect waiver analysis to his claim that he was improperly deprived of his Sixth Amendment right to trial by jury. Mot. at 4. Because this is a substantive request for relief, as opposed to a simple request for clarification, the Court lacks jurisdiction over the Motion. Morris v. Morgan Stanley & Co., 942 F.3d 648, 654-55 (9th Cir. 1991); Smith v. Lujan, 588 F.2d 1304, 1307 (9th Cir. 1979). The motion is accordingly **DENIED.**

    **IT IS SO ORDERED.**

DATED: March 6, 2014

BARRY TED MOSKOWITZ
Chief Judge
United States District Court